## STATEMENT OF FACTS

On Tuesday, January 28, 2020, at approximately 7:12 p.m., members the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Narcotics Enforcement Unit (NEU) were conducting undercover operations with undercover officers (UC) for the purchasing of illegal narcotics, specifically fentanyl. Two UCs went to the 1700 block of 7th Street Northwest in Washington D.C. and were approached by a black male, later identified as Tyree Marshall (Defendant Marshall) who directed them to the rear alley behind 1730 7th Street Northwest.

Defendant Marshall and the UC made an agreement to buy "ten" grams of fentanyl. Defendant Marshall reached into his pocket and was weighing a white powder substance on a scale. While Defendant Marshall was weighing the product, the UC inquired about a firearm. Defendant Marshall removed a Glock handgun with an extended magazine from his waistband and showed it to the UC, then replaced the firearm to his waistband. Defendant Marshall didn't have enough product to fulfill the request. He handed the UC a plastic wrap containing a white powder and then entered a building to obtain the rest of the product.

Approximately forty-five (45) minutes later, Defendant Marshall called the UC to state that he was sending another individual down, later identified as Davon Dabney (Defendant Dabney) to fulfill the request and obtain the currency. Approximately ten (10) minutes later, Defendant Dabney exited the building and made contact with the UC. Defendant Dabney had the UC pull the vehicle in front of 1730 7th Street Northwest and park. Defendant Dabney the UC a plastic wrap containing a white powder substance. The UC gave Defendant Dabney $480 in U.S. Currency that were MPD pre-recorded funds.

Officers observed Defendant Marshall get into a gray Nissan Sentra with Virginia registration URL8093. Officers completed a stop on the vehicle and Defendant Marshall was the front passenger. Defendant Marshall was removed from the vehicle and placed under arrest. A firearm was recovered from the right pant leg of Defendant Marshall. Also recovered from Defendant Marshall was a clear plastic bag containing 34.15 grams of white powder substance that field tested positive for fentanyl and $400 in U.S. currency of MPD pre-recorded funds and $1,554 U.S. currency that was not pre-recorded.

The firearm recovered from the right pant leg of Defendant Marshall was determined to be a Glock, model 27, .40 caliber handgun with a serial number of GSZ352 on the receiver and BCLP962 on the slide.  When it was recovered, it was loaded with one (1) round in the chamber and fifteen (15) rounds of ammunition in fifteen (15) round capacity magazine.

At the same time and the arrest of Defendant Marshall, the other occupants were removed from the vehicle. A female was the driver, who was identified and released. The rear passenger behind the driver was Defendant Dabney. The rear passenger behind the passenger was a male who was identified.

An additional firearm was recovered from the floorboard of the vehicle behind the driver's seat. This firearm was determined to be a Rock Pistol Mfg., model US P80, .40 caliber handgun

with an unknown serial number. When it was recovered, it was loaded with one (1) round in the chamber and ten (10) rounds of ammunition in a ten (10) round capacity magazine.

Also recovered from Defendant Dabney was $680 in U.S. Currency. The total weight of the purchased product in the sale from Defendant Dabney and Defendant Marshall was 8.4 grams which also field tested positive for fentanyl. Defendant Dabney and Defendant Marshall were both positively identified by the UCs who purchased the fentanyl.

Officer Tran was present for the recovery of the weapons and the arrest of Defendant Marshall and Defendant Dabney.

There are no firearm or ammunition manufacturers in the District of Columbia.

_____
OFFICER RYAN TRAN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE 29th DAY OF JANUARY, 2020.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE